**Official Form 1 (12/07)**

| United States Bankruptcy Court<br>Eastern District of New York | Voluntary Petition |
|---|---|

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Whitney Lane Holdings, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social-Security/Complete EIN or other Tax-I.D. No. (if more than one, state all): **20-1265647** | Last four digits of Social-Security/Complete EIN or other Tax-I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**5 Pond Road**<br>**Great Neck, NY**<br>ZIP CODE **11024** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Nassau** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Official Form 1 (12/07)                                                                                                    FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Whitney Lane Holdings, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location<br>Where Filed:        **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X   **Not Applicable**<br>    Signature of Attorney for Debtor(s)        Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐     Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐     Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

                    _____

                    (Name of landlord that obtained judgment)

                    _____

                    (Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Whitney Lane Holdings, LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **Not Applicable**
    Signature of Debtor

X   **Not Applicable**
    Signature of Joint Debtor

    Telephone Number (If not represented by attorney)

    Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

❑   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

❑   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X   **Not Applicable**
    (Signature of Foreign Representative)

    (Printed Name of Foreign Representative)

    Date

---

**Signature of Attorney**

X   *[signature]*
    Signature of Attorney for Debtor(s)

**Gerard R. Luckman, Esq.  Bar No.  GRL#8516**
Printed Name of Attorney for Debtor(s) / Bar No.

**Silverman Perlstein & Acampora LLP**
Firm Name

**100 Jericho Quadrangle Suite 300**
Address

**Jericho, NY 11753**

**(516) 479-6300**      **(516) 479-6301**
Telephone Number

    4/25/08
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X   **Not Applicable**

    Date
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   *[signature]*
    Signature of Authorized Individual

**Arman Noghreh**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

    4/25/08
Date

## EASTERN DISTRICT OF NEW YORK

### SUMMARY INFORMATION SHEET

DEBTOR: Whitney Lane Holdings, LLC                CASE NO.:

Completion of this form provides information necessary to assign your case to the appropriate calendar.

1. Statement of attorney compensation filed, per B.R. 2016(b)    (Y/N/NA): _Y_

2. Description of pre-petition services filed, per L.R. 10(f)    (Y/N/NA): _N/A_

3. RELATED BANKRUPTCY CASE(S)        (Y/N): _N_

(*Related* includes both affiliate and insider, as those terms are defined in 11 U.S.C. §101, and cases in which a present or former spouse was a debtor.)  If *yes*, please answer the following (continue over if necessary):

CASE NO.: _____        JUDGE: _____        CASE STILL PENDING (Y/N):

*[If closed]* Date of closing:

4. PRIOR BANKRUPTCY FILING(S) BY DEBTOR        (Y/N): _N_

If yes, please answer the following (continue over if necessary)

CASE NO.: _____        JUDGE: _____        CASE STILL PENDING (Y/N):

*[If closed]* Date of closing: _____        Disposition of case: (Discharged, dismissed, etc.)

*NOTE:* Pursuant to 11 U.S.C. §109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

5. TO BE COMPLETED BY DEBTOR'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York    (Y/N): _Y_

6. DEBTOR/ATTORNEY'S CERTIFICATION (to be signed by pro se debtor or debtor's attorney, as applicable:

I certify that, to my knowledge, the within bankruptcy case is not related to any case now pending or previously filed, except as indicated elsewhere on this form.

_____        _____
Signature of Debtor's Attorney                Signature of Pro Se Debtor
GERARD R. LUCKMAN, ESQ. (GRL#8516)

_____
Mailing Address and of Debtor:

_____
City, State, Zip Code

_____
Area Code and Telephone Number

<u>NOTE:</u> Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.
USBC-2[r. I/95]

lmm/D264482v/F055324

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                              Chapter 11
WHITNEY LANE HOLDINGS, LLC,                          Case No.

                              Debtor.
-------------------------------------------------------X

### CORPORATE RESOLUTION

    I, Arman Noghreh, Managing Member of Whitney Lane Holdings, LLC, do hereby

certify that at a meeting of the Board of Directors of the above-captioned Limited Liability

Corporation ("Corporation"), duly held on the 25th day of April, 2008, the following resolution

was unanimously adopted:

> "RESOLVED, that by reason of the Corporation being unable to
> pay its debts as they mature, it is deemed expedient, necessary
> and in the best interests of the Corporation, its members and its
> creditors, that the Corporation seek relief under Title 11 of the
> United States Code from such circumstance and condition, and
> that the Corporation, acting by its Managing Member, is hereby
> authorized, empowered and directed, under the provisions of
> the Corporation's Operating Agreement to institute a
> reorganization proceeding pursuant to Chapter 11 of Title 11 of
> the United States Code (the "Bankruptcy Code"), and to retain
> the law firm of Silverman Perlstein & Acampora LLP, 100
> Jericho Quadrangle, Suite 300, Jericho, New York 11753, as
> counsel for the Corporation in such proceedings, and to
> prepare, execute and deliver, in the name of the Corporation, or
> cause to be prepared, executed and delivered in its name, any
> and all petitions, pleadings, schedules, financial statements,
> affidavits, proposals, plans, arrangements, agreements or
> instruments whatsoever, and make do and perform any and all
> other things whatsoever, all upon such terms and conditions
> deemed necessary, proper or appropriate in the discretion of
> the foregoing officer or officers to accomplish the foregoing
> purposes."

    **IN WITNESS WHEREOF**, I have hereunto set my hand and seal of the Corporation

this 25th day of April, 2008.

                                        _____
                                        Arman Noghreh, Managing Member


MATTHEW J. BLIT
Notary Public, State of New York
No. 02BL6057151
Qualified in New York County
Commission Expires April 9, 2007

Imm/D26447ev/F055324

## United States Bankruptcy Court

### Eastern District of New York

In re:                                                                      Case No. _____

                                                                            Chapter    11

  **Whitney Lane Holdings, LLC**


## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

   I, **Arman Noghreh**, declare under penalty of perjury that I am the **Managing Member** of **Whitney Lane Holdings, LLC**, a  **New York** Corporation and that on **04/25/2008** the following resolution was duly adopted by the **Board of Directors** of this Corporation:


   "Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

   Be It Therefore Resolved, that **Arman Noghreh**, **Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and


   Be It Further Resolved, that **Arman Noghreh**, **Managing Member** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and


   Be It Further Resolved, that **Arman Noghreh**, **Managing Member** of this Corporation, is authorized and directed to employ **Gerard R. Luckman, Esq.**, attorney and the law firm of **Silverman Perlstein & Acampora LLP** to represent the Corporation in such bankruptcy case."


Executed on: ___4/25/08___                      Signed: _____

                                                              Arman Noghreh

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Eastern District of New York

In re  Whitney Lane Holdings, LLC _____ , Case No. _____

Debtor

Chapter  11 _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Nessenoff & Mittenberg LLP<br>363 7th Avenue<br>New York, NY 10001 | | | | $8,980.00 |
| National Grid<br>300 Erie Blvd. West<br>Syracuse, NY 13202-8301 | | | | $1,510.19 |
| National Grid<br>300 Erie Blvd. West<br>Syracuse, NY 13202-8301 | | | | $1.14 |
| National Grid<br>300 Erie Blvd. West<br>Syracuse, NY 1322-8301 | | | | $3,951.69 |
| Tech Valley Communications<br>54 State Street<br>Albany, NY  12207-2524 | | | | $53.16 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  Whitney Lane Holdings, LLC _____, Case No. _____

                              Debtor                              Chapter  11 _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| C.O. Contracting<br>215 Lishakill Road<br>Schnectady, NY 12309-3223 | | | | $106.95 |
| Professional Fire Protection<br>State Highway 67<br>Fort Johnson, NY 12070 | | | | $1,004.13 |
| THG Management Co.<br>449 Central Avenue<br>Suite 204<br>St. Peterburg, FL 33701 | | | | $2,340.14 |
| Hoffman & Riley Architects<br>1735 Central Avenue<br>Albany, NY 12205-4758 | | | | $3,060.00 |
| Clifton Park Water Authority<br>5 Municipal Plaza<br>Clifton Park, NY 12065 | | | | $32.70 |
| Protection One<br>8616 Main Street<br>Williamsville, NY 14221 | | | | $603.95 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Whitney Lane Holdings, LLC**                                    ,  Case No. _____
                        Debtor                                    Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Roland J. Down Service Ex<br>13 Airport Road<br>Scotia, NY 12302 | | | | $924.21 |
| CPSS Electric<br>P.O. Box 302<br>Clifton Park, NY 12065 | | | | $849.65 |
| Segel, Goldman et al.<br>9 Washington Square<br>Washington Ave. Ext.<br>Albany, NY 12205 | | | | $895.05 |
| Grennan Project Services<br>6 Mountain Way<br>Clifton Park, nY 12065 | | | | $17,066.64 |
| National Grid<br>300 Erie Blvd. West<br>Syracuse, NY 13202-8301 | | | | $658.25 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Whitney Lane Holdings, LLC**_____, Case No. _____

                                        Debtor                              Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Arman Noghreh, Managing Member of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: *April 25, 2008*                Signature: _____

                                        **Arman Noghreh ,Managing Member**
                                        (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B6D (Official Form 6D) (12/07)

In re  Whitney Lane Holdings, LLC                                          ,          Case No. _____
                        Debtor                                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❑       Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | X | X | 4,200,331.00 | 0.00 |
| OSJ of Clifton Park, LLC<br>375 Commerce Park Road<br>N. Kingstown, RI 02852 | | | Land and Commercial building known as North Country Commons and located at 1206 Route 146 Clifton Park, NY, 1208 Route 146, Clifton Park, NY, 1204 Route 146, Clifton Park, NY and 538 Vischers Ferry Road, Clifton Park, NY | | | | | |
| | | | VALUE $6,200,000.00 | | | | | |

<u>0</u>      continuation sheets
        attached

Subtotal  ➤
(Total of this page)

| $ 4,200,331.00 | $          0.00 |
|---|---|

Total  ➤
(Use only on last page)

| $ 4,200,331.00 | $          0.00 |
|---|---|

(Report also on Summary of Schedules)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re    **Whitney Lane Holdings, LLC**
_____    Case No. _____
Debtor                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❏    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❏    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❏    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❏    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❏    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❏    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❏    **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❏  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❏  **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>3</u>  **continuation sheets attached**

B6E (Official Form 6E) (12/07) – Cont.

In re    Whitney Lane Holdings, LLC                                    Case No. _____
                    _____                              (If known)
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Internal Revenue Service<br>10 Metro Tech Center<br>625 Fulton Street<br>Brooklyn, NY 11201 | | | Notice purposes only | | | | Unknown | Unknown | 0.00 |
| ACCOUNT NO.<br>NYC Dept. of Finance<br>Attn: Bank & Assign. Unit<br>345 Adams Street<br>10th Fl. South<br>Brooklyn, NY 11201 | | | Notice purposes only | | | | Unknown | Unknown | 0.00 |
| ACCOUNT NO.<br>NYC Dept. of Finance<br>Off. of Comm. of Finance<br>1 Centre Street<br>Room 500<br>New York, NY 10007 | | | Notice purposes only | | | | Unknown | Unknown | 0.00 |
| ACCOUNT NO.<br>NYS Dept. Of Tax & Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | | | Notice purposes only | | | | Unknown | Unknown | 0.00 |
| ACCOUNT NO.<br>State of New York<br>Office of the Atty Gen.<br>120 Broadway<br>New York, NY 10271 | | | Notice purposes only | | | | Unknown | Unknown | 0.00 |
| ACCOUNT NO.<br>U.S. Dept. of Justice, Tax Div.<br>Box 55<br>Ben Franklin Station<br>Washington, D.C. 20044 | | | Notice purposes only | | | | Unknown | Unknown | 0.00 |

Sheet no.  2  of  3  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | Subtotals➤<br>(Totals of this page) | $        0.00 | $        0.00 | $        0.00 |
|---|---|---|---|---|
|  | Total  ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
|  | Total  ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

B6E (Official Form 6E) (12/07) – Cont.

In re    **Whitney Lane Holdings, LLC**                                     Case No. _____
                    Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**United States Attorney<br>Attn: Chief - Bank. Lit.<br>271 Cadman Plaza E.<br>Brooklyn, NY 11201** | | | **Notice purposes only** | | | | **Unknown** | **Unknown** | **0.00** |

Sheet no. _3_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▷ (Totals of this page)    $ 0.00    $ 0.00    $ 0.00

Total ▷ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ 0.00

Total ▷ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ 0.00    $ 0.00

B6F (Official Form 6F) (12/07)

In re    Whitney Lane Holdings, LLC _____    Case No. _____
                                    Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>C.O. Contracting<br>215 Lishakill Road<br>Schnectady, NY 12309-3223 | | | | | | | 106.95 |
| ACCOUNT NO.<br><br>Clifton Park Water Authority<br>5 Municipal Plaza<br>Clifton Park, NY 12065 | | | | | | | 32.70 |
| ACCOUNT NO.<br><br>CPSS Electric<br>P.O. Box 302<br>Clifton Park, NY 12065 | | | | | | | 849.65 |
| ACCOUNT NO.<br><br>Davidoff Malato & Hutcher LLP<br>605 3rd Avenue, 34th Flr.<br>New York, NY 10158 | | | | | | | Unknown |

3   Continuation sheets attached

Subtotal ➤  $        989.30

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>Whitney Lane Holdings, LLC</u>                              Case No. _____
                          Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Grennan Project Services** <br> **6 Mountain Way** <br> **Clifton Park, nY 12065** | | | | | | | **17,066.64** |
| ACCOUNT NO. <br><br> **Hoffman & Riley Architects** <br> **1735 Central Avenue** <br> **Albany, NY 12205-4758** | | | | | | | **3,060.00** |
| ACCOUNT NO. **41088-11118** <br><br> **National Grid** <br> **300 Erie Blvd. West** <br> **Syracuse, NY 13202-8301** | | | | | | | **1,510.19** |
| ACCOUNT NO. **42488-11112** <br><br> **National Grid** <br> **300 Erie Blvd. West** <br> **Syracuse, NY 13202-8301** | | | | | | | **1.14** |
| ACCOUNT NO. **43888-11125** <br><br> **National Grid** <br> **300 Erie Blvd. West** <br> **Syracuse, NY 1322-8301** | | | | | | | **3,951.69** |

Sheet no. <u>1</u> of <u>3</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▷ $ **25,589.66**

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Whitney Lane Holdings, LLC**                                Case No. _____
                    Debtor                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **68922-89017**<br><br>**National Grid**<br>**300 Erie Blvd. West**<br>**Syracuse, NY 13202-8301** | | | | | | | 658.25 |
| ACCOUNT NO.<br><br>**Nessenoff & Mittenberg LLP**<br>**363 7th Avenue**<br>**New York, NY 10001** | | | | | | | 8,980.00 |
| ACCOUNT NO.<br><br>**Professional Fire Protection**<br>**State Highway 67**<br>**Fort Johnson, NY 12070** | | | | | | | 1,004.13 |
| ACCOUNT NO.<br><br>**Protection One**<br>**8616 Main Street**<br>**Williamsville, NY 14221** | | | | | | | 603.95 |
| ACCOUNT NO.<br><br>**Roland J. Down Service Ex**<br>**13 Airport Road**<br>**Scotia, NY 12302** | | | | | | | 924.21 |

Sheet no. _2_ of _3_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $    **12,170.54**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>Whitney Lane Holdings, LLC</u>                              Case No. _____
                              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Segel, Goldman et al.** <br> **9 Washington Square** <br> **Washington Ave. Ext.** <br> **Albany, NY 12205** | | | | | | | **895.05** |
| ACCOUNT NO. <br> **Tech Valley Communications** <br> **54 State Street** <br> **Albany, NY  12207-2524** | | | | | | | **53.16** |
| ACCOUNT NO. <br> **THG Management Co.** <br> **449 Central Avenue** <br> **Suite 204** <br> **St. Peterburg, FL 33701** | | | | | | | **2,340.14** |

Sheet no. <u>3</u> of <u>3</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤  $            3,288.35

Total   ➤  $          42,037.85

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Whitney Lane Holdings, LLC**                                              Case No. _____
                                            Debtor                                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

### (NOT  APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Arman Noghreh**, the **Managing Member** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **14** _____ sheets *(Total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.


Date _____ 4/25/08 _____                    Signature: _____

                                                            **Arman Noghreh Managing Member**
                                                            [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

―――――――――――――――――x

In Re:

 Whitney Lane Holdings, LLC

Case No.

Chapter        11

Debtor(s)

―――――――――――――――――x


## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.


Dated: 4/25/08

_____
**Arman Noghreh**
Debtor

_____
**Gerard R. Luckman, Esq.**
Attorney for Debtor


USBC-44                                                                         Rev. 3/17/05

C.O. Contracting
215 Lishakill Road
Schnectady, NY 12309-3223


Clifton Park Water Author
5 Municipal Plaza
Clifton Park, NY 12065


CPSS Electric
P.O. Box 302
Clifton Park, NY 12065


Davidoff Malato & Hutcher
605 3rd Avenue, 34th Flr.
New York, NY 10158


Grennan Project Services
6 Mountain Way
Clifton Park, nY 12065


Hoffman & Riley Architect
1735 Central Avenue
Albany, NY 12205-4758


Internal Revenue Service
10 Metro Tech Center
625 Fulton Street
Brooklyn, NY 11201


National Grid
300 Erie Blvd. West
Syracuse, NY 1322-8301


National Grid
300 Erie Blvd. West
Syracuse, NY 13202-8301

Nessenoff & Mittenberg LL
363 7th Avenue
New York, NY 10001


NYC Dept. of Finance
Attn: Bank & Assign. Unit
345 Adams Street
10th Fl. South
Brooklyn, NY 11201


NYC Dept. of Finance
Off. of Comm. of Finance
1 Centre Street
Room 500
New York, NY 10007


NYS Dept. Of Tax & Financ
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300


OSJ of Clifton Park, LLC
375 Commerce Park Road
N. Kingstown, RI 02852


Professional Fire Protect
State Highway 67
Fort Johnson, NY 12070


Protection One
8616 Main Street
Williamsville, NY 14221


Roland J. Down Service Ex
13 Airport Road
Scotia, NY 12302


Segel, Goldman et al.
9 Washington Square
Washington Ave. Ext.
Albany, NY 12205

State of New York
Office of the Atty Gen.
120 Broadway
New York, NY 10271


Tech Valley Communication
54 State Street
Albany, NY  12207-2524


THG Management Co.
449 Central Avenue
Suite 204
St. Peterburg, FL 33701


U.S. Dept. of Justice, Ta
Box 55
Ben Franklin Station
Washington, D.C. 20044


United States Attorney
Attn: Chief - Bank. Lit.
271 Cadman Plaza E.
Brooklyn, NY 11201